BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re Stock Food Photo Copyright Litigation** | MDL No. _____ |

**MYPIZZA TECHNOLOGIES, INC.'S AND ANGELO'S
PIZZA OF POUGHKEEPSIE, INC.'S MOTION FOR TRANSFER AND
COORDINATION OR CONSOLIDATION UNDER 28 U.S.C. § 1407**

Pursuant to 28 U.S.C. § 1407 and Panel Rule 6.2(a), MyPizza Technologies, Inc., *d/b/a* Slice ("Slice"), and Angelo's Pizza of Poughkeepsie, Inc. (together, the "Slice Movants"), respectfully move the Panel for an Order transferring seven actions pending in four federal districts before seven district Judges each brought by Prepared Food Photos, Inc. *f/k/a* Adlife Marketing & Communications Co., Inc., alleging copyright infringement for stock images of food appearing on Slice's pizza-ordering "app" (the "Stock Photo Lawsuits"). The Slice Movants further request that the Stock Photo Lawsuits be consolidated or coordinated in the United States District Court for the Middle District of Florida for all pretrial proceedings, where Plaintiff is based, and where two actions that have progressed the furthest are pending.

The seven Stock Photo Lawsuits, listed in the Schedule of Actions, should be consolidated and coordinated because they concern common questions of fact and copyright law. Further, granting this Motion will serve both efficiency and convenience by preventing overlapping and repetitive litigation, preventing the possibility of inconsistent rulings, and conserving judicial resources.

WHEREFORE, the Slice Movants respectfully request that the Panel grant this Motion and enter an Order consolidating and coordinating all pretrial proceedings in the Stock Photo Lawsuits,

- 2 -

and holding that the consolidation and coordination take place before the Honorable Judge Mary Scriven in the Middle District of Florida.

Dated:  February 15, 2023

Respectfully submitted,

/s/ *Andrew G. Fiorella*
Mark Avsec (Ohio Bar No. 0066472)
Andrew G. Fiorella (Ohio Bar No. 0077005)
Lidia C. Mowad (Ohio Bar No. 0097973)
BENESCH, FRIEDLANDER,
        COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216-363-4500
Facsimile:  216-363-4588
mavsec@beneschlaw.com
afiorella@beneschlaw.com
lmowad@beneschlaw.com

**Attorneys for Defendants/Movants**
**MyPizza Technologies, Inc.** *d/b/a* **Slice and Angelo's Pizza of Poughkeepsie, Inc.**