**Amended Exhibit A**
(formerly Exhibits A and H)
to Movants' Motion for Transfer and
Coordination or Consolidation

**Query      Reports      Utilities      Help      Log Out**

TRLSET

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:22-cv-01924-MSS-AEP

Prepared Food Photos, Inc. v. Zein LLC et al

Assigned to: Judge Mary S. Scriven

Referred to: Magistrate Judge Anthony E. Porcelli

Cause: 17:101 Copyright Infringement

Date Filed: 08/22/2022

Jury Demand: Both

Nature of Suit: 820 Copyright

Jurisdiction: Federal Question

**Plaintiff**

**Prepared Food Photos, Inc.**

*formerly known as*

Adlife Marketing & Communications Co.,
Inc.

represented by **Daniel DeSouza**
DeSouza Law, PA
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
954-603-1340
Email: ddesouza@desouzalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D'Loughy**
CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
877-437-6228
Email: james@copycatlegal.com
*ATTORNEY TO BE NOTICED*

**Lauren M Hausman**
CopyCat Legal PLLC
3111 N University Drive
Suite 301
Coral Springs, FL 33065
954-621-6185
Email: lauren@copycatlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zein LLC**

*doing business as*

Zein's Pizza Wings & Subs

**Defendant**

**MyPizza Technologies, Inc.**

*doing business as*

Slice

represented by **Mark E. Avsec**
Benesch Friedlander Coplan & Aronoff
200 Public Square
Suite 2300
Cleveland, OH 44114
216-363-4151
Email: mavsec@beneschlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew G. Fiorella**
Benesch Friedlander Coplan & Aronoff
200 Public Square
Suite 2300
Cleveland, OH 44144
216-280-6449
Email: afiorella@beneschlaw.com

Ex. H

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lidia C. Mowad**
Benesch, Friedlander, Coplan & Aronoff
LLP
200 Public Square
Suite 2300
Cleveland, OH 44114
216-363-4443
Email: lmowad@beneschlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew John Langley**
Benesch Friedlander Coplan & Aronoff
LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
312-624-6408
Email: mlangley@beneschlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2022 | 1 | COMPLAINT against MyPizza Technologies, Inc., Zein LLC with Jury Demand (Filing fee $402 receipt number AFLMDC-19911806) filed by Prepared Food Photos, Inc. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons) (DeSouza, Daniel) Modified text on 8/23/2022 (SET). (Entered: 08/22/2022) |
| 08/22/2022 | 2 | NOTICE of Lead Counsel Designation by Daniel DeSouza on behalf of Prepared Food Photos, Inc.. Lead Counsel: Daniel DeSouza, Esq.. (DeSouza, Daniel) (Entered: 08/22/2022) |
| 08/22/2022 | 3 | NEW CASE ASSIGNED to Judge Mary S. Scriven and Magistrate Judge Anthony E. Porcelli. New case number: 8:22-cv-01924-MSS-AEP. (APV) (Entered: 08/22/2022) |
| 08/23/2022 | 4 | SUMMONS issued as to MyPizza Technologies, Inc., Zein LLC. (SET) (Entered: 08/23/2022) |
| 08/23/2022 | 5 | Copyright Report sent to Washington. (SET) (Entered: 08/23/2022) |
| 08/26/2022 | 6 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (MEJ) (Entered: 08/26/2022) |
| 08/31/2022 | 7 | RETURN of service executed on 08/30/2022 by Prepared Food Photos, Inc. as to Zein LLC. (D'Loughy, James) (Entered: 08/31/2022) |
| 09/09/2022 | 8 | CORPORATE Disclosure Statement by Prepared Food Photos, Inc. identifying Other Affiliate CopyCatLegal PLLC for Prepared Food Photos, Inc... (DeSouza, Daniel) (Entered: 09/09/2022) |
| 09/20/2022 | 9 | WAIVER of service returned executed on 09/19/2022 by Prepared Food Photos, Inc. as to MyPizza Technologies, Inc.. (DeSouza, Daniel) (Entered: 09/20/2022) |
| 09/20/2022 | 10 | MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by Prepared Food Photos, Inc.. (DeSouza, Daniel) (Entered: 09/20/2022) |
| 09/26/2022 | 11 | **ENDORSED ORDER GRANTING 10 Plaintiff's Agreed Motion for Extension of Time to Respond to Complaint. Defendant Zein LLC shall have up to and including November 15, 2022 to answer or otherwise respond to the Complaint. Signed by Judge Mary S. Scriven on 9/26/2022. (EOJ)** (Entered: 09/26/2022) |
| 11/15/2022 | 12 | NOTICE of Appearance by Matthew John Langley on behalf of MyPizza Technologies, Inc. (Langley, Matthew) (Entered: 11/15/2022) |
| 11/15/2022 | 13 | ANSWER and affirmative defenses to 1 Complaint, with Jury Demand by MyPizza |

Ex. H

| | | |
|---|---|---|
| | | Technologies, Inc..(Langley, Matthew) (Entered: 11/15/2022) |
| 11/15/2022 | 14 | Unopposed MOTION for Lidia C. Mowad to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20202526 for $150 by MyPizza Technologies, Inc.. (Langley, Matthew) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 11/15/2022) |
| 11/15/2022 | 15 | Unopposed MOTION for Andrew G. Fiorella to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20202655 for $150 by MyPizza Technologies, Inc.. (Langley, Matthew) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 11/15/2022) |
| 11/15/2022 | 16 | Unopposed MOTION for Mark E. Avsec to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20202691 for $150 by MyPizza Technologies, Inc.. (Langley, Matthew) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 11/15/2022) |
| 11/15/2022 | 17 | **ENDORSED ORDER granting 14 Motion for Lidia C. Mowad to Appear Pro Hac Vice; granting 15 Motion for Andrew G. Fiorella to Appear Pro Hac Vice; granting 16 Motion for Mark E. Avsec to Appear Pro Hac Vice. Attorneys Lidia C. Mowad, Andrew G. Fiorella, and Mark E. Avsec may appear pro hac vice on behalf of Defendant MyPizza Technologies, Inc. d/b/a Slice. Within twenty-one (21) days of the date of this Order, counsel shall comply with the fee and electronic filing requirements and file a notice of compliance with said requirements. Signed by Magistrate Judge Anthony E. Porcelli on 11/15/2022. (BMM)** (Entered: 11/15/2022) |
| 11/16/2022 | 18 | MOTION for Clerk's Default against Zein LLC by Prepared Food Photos, Inc.. (DeSouza, Daniel) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 11/16/2022) |
| 11/16/2022 | 19 | NOTICE to counsel of Local Rule 2.02(a), which requires designation of one lead counsel who - unless the party changes the designation - remains lead counsel throughout the action. File a **Notice of Lead Counsel Designation** to identify lead counsel. (Signed by Deputy Clerk). (LD) (Entered: 11/16/2022) |
| 11/16/2022 | 20 | Clerk's ENTRY OF DEFAULT as to Zein LLC (LD) (Entered: 11/16/2022) |
| 11/17/2022 | 21 | CORPORATE Disclosure Statement by MyPizza Technologies, Inc.. (Langley, Matthew) (Entered: 11/17/2022) |
| 11/22/2022 | 22 | NOTICE of compliance re 17 Order on Motion to Appear Pro Hac Vice by MyPizza Technologies, Inc. (Mowad, Lidia) (Entered: 11/22/2022) |
| 11/22/2022 | 23 | NOTICE of compliance re 17 Order on Motion to Appear Pro Hac Vice by MyPizza Technologies, Inc. (Fiorella, Andrew) (Entered: 11/22/2022) |
| 11/22/2022 | 24 | NOTICE of compliance re 17 Order on Motion to Appear Pro Hac Vice by MyPizza Technologies, Inc. (Avsec, Mark) (Entered: 11/22/2022) |
| 11/22/2022 | 25 | NOTICE of Lead Counsel Designation by Mark E. Avsec on behalf of MyPizza Technologies, Inc.. Lead Counsel: Mark E. Avsec. (Avsec, Mark) (Entered: 11/22/2022) |
| 12/05/2022 | 26 | NOTICE of a related action per Local Rule 1.07(c) by MyPizza Technologies, Inc.. Related case(s): Yes (Mowad, Lidia) (Entered: 12/05/2022) |
| 12/07/2022 | 27 | CASE MANAGEMENT REPORT. (DeSouza, Daniel) (Entered: 12/07/2022) |
| 12/09/2022 | 28 | MOTION for Default Judgment against Zein LLC by Prepared Food Photos, Inc.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Text of Proposed Order Text of Propsed Order, # 4 Clerk's Default, # 5 Unaswered Pleading (Complaint)) (DeSouza, Daniel) (Entered: 12/09/2022) |
| 12/20/2022 | 29 | RESPONSE in Opposition re 28 MOTION for Default Judgment against Zein LLC filed by MyPizza Technologies, Inc.. (Mowad, Lidia) (Entered: 12/20/2022) |
| 01/03/2023 | 30 | **CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 2/22/2024. Jury Trial set for APRIL 2024 TRIAL TERM, which commences on April 1, 2024, with a more precise trial date to follow. Conduct mediation hearing by 10/2/2023. Lead counsel to coordinate dates. Signed by Judge Mary S. Scriven on 1/3/2023. (EOJ)** (Entered: 01/03/2023) |
| 01/04/2023 | 31 | CERTIFICATE of interested persons and corporate disclosure statement re 30 Case Management Scheduling Order, by Prepared Food Photos, Inc identifying Other Affiliate Lauren Hausman, Esq., Other Affiliate CopyCatLegal PLLC, Other Affiliate James D'Loughy, Esq., Other Affiliate Dan DeSouza, Esq. for Prepared Food Photos, Inc.. (DeSouza, Daniel) (Entered: 01/04/2023) |

Electronic Case Filing | U.S. District Court - Middle District of Florida

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/05/2023 14:19:53 | | | |
| PACER Login: | bf0002ha | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:22-cv-01924-MSS-AEP |
| Billable Pages: | 4 | Cost: | 0.40 |

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-1924

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff,

v.

ZEIN LLC d/b/a ZEIN'S PIZZA WINGS &
SUBS, and MYPIZZA TECHNOLOGIES,
INC. d/b/a SLICE,

      Defendants.

_____

## COMPLAINT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.

("Plaintiff") sues defendants Zein LLC d/b/a Zein's Pizza Wings & Subs ("Zein's") and MyPizza

Technologies, Inc. d/b/a Slice ("Slice") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1.    Plaintiff is a corporation organized and existing under the laws of the State of

Florida with its principal place of business located in Broward County, Florida.

2.    Zein's is a limited liability company organized and existing under the laws of the

State of Florida with its principal place of business located at 2099 N. Highland Avenue,

Clearwater, FL 33755.  Zein's agent for service of process is: Samir Zeineding, 2509 Blakeford

Way, Lutz, FL 33559.

3.    Slice is a corporation organized and existing under the laws of the State of Delaware

with its principal place of business located at 902 Broadway, New York, NY 10010. Slice's agent

for service of process is: Ilir Sela, 902 Broadway, New York, NY 10010.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Zein's because it has maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over it would not offend traditional notions of fair play and substantial justice.

6.      This Court has personal jurisdiction over Slice pursuant to Fla. Stat. §§ 48.193(1)(a)(2) because it committed a tortious act within this state, and the exercise of personal jurisdiction over it would not offend traditional notices of fair play and substantial justice. "Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state. Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida." Vallejo v. Narcos Prods., LLC, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019) (citing Roberts v. Gordy, No. 13-24700-CIV, 2015 U.S. Dist. LEXIS 180644, 2015 WL 11202580, at *2 (S.D. Fla. Apr. 14, 2015)); Roof & Rack Prods., Inc. v. GYB Inv'rs, LLC, No. 13-80575-CV, 2014 U.S. Dist. LEXIS 92334, at *2 (S.D. Fla. July 8, 2014) ("Copyright infringement is a tortious act, and a person who infringes upon a copyright whose owner resides in Florida causes injury inside the state."); Venus Fashion, Inc. v. Changchun Chengji Tech. Co., No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless of where the offensive material was

posted.") (collecting cases).

7.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."  Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'"  McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

### I.      Plaintiff's Business and History

8.      Plaintiff is in the business of licensing high-end, professional photographs for the food industry.

9.      Through its commercial website (www.preparedfoodphotos.com), Plaintiff offers a monthly subscription service which provides access to/license of tens of thousands of professional images.

10.     As of the date of this pleading, Plaintiff charges its clients (generally, grocery stores, restaurant chains, food service companies, etc.) a monthly fee of $999.00 for access to its library of professional photographs.

11.     Plaintiff does not license individual photographs or otherwise make individual photographs available for purchase. Plaintiff's business model relies on its recurring monthly subscription service such that Plaintiff can continue to maintain its impressive portfolio.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

12.   Plaintiff owns each of the photographs available for license on its website and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, non-transferable license for us of any photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

II.   **The Work at Issue in this Lawsuit**

13.   In 2001, Plaintiff created a photograph titled "ChickenWingHot007" (the "<u>Work</u>"). A copy of the Work is exhibited below:



14.   The Work was registered by Plaintiff (pursuant to a work-for-hire agreement with the author that transferred all rights and title in the Photograph to Plaintiff) with the Register of Copyrights on September 26, 2019 and was assigned Registration No. VA 2-019-412. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **<u>Exhibit "A."</u>**

15.   Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

### III.   Defendants' Unlawful Activities

16.     Zein's owns and operates a restaurant in Clearwater, Florida. Zein's primarily sells pizza, wings, and subs.

17.     Zein's   advertises/markets   its   business   primarily   through   its   website (https://www.zeinspizzawingssubs.com/),   social   media   (e.g., https://www.facebook.com/profile.php?id=100054355098014), and other forms of advertising.

18.     Slice is an online food ordering platform for independent pizzerias. Slice allows pizzeria owners (like Zein's) to offer their products to customers using a mobile-optimized website, where customers can place orders through the Slice app and social media channels.

19.     Slice   advertises/markets   its   business   primarily   through   its   website (https://slicelife.com/), social media (e.g., https://www.facebook.com/SlicePizzaApp/), and other forms of advertising.

20.      At all times relevant hereto, Zein's and Slice maintained a contractual relationship whereby Slice provided the software to manage the ordering, operations, and marketing for Zein.

21.     On a date after Plaintiff's above-referenced copyright registration of the Work, Zein's   and/or   Slice   published   the   Work   on   Zeins'   website   (at https://www.zeinspizzawingssubs.com/) as the image associated with Zein's chicken wings menu item:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



22.    A true and correct copy of screenshots of Zein's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

23.    Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with Zeins' website, social media, or for any other purpose.

24.    Defendants utilized the Work for commercial use – namely, in connection with the marketing and sale of chicken wings at Zein's.

25.    Upon information and belief, Zein's and/or Slice located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for Zein's own commercial use.

26.    Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in May 2022.  Following Plaintiff's discovery, Plaintiff (through its agents) notified Defendants in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past

infringement of its Work.

27.　All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT
### (Slice)

28.　Plaintiff re-alleges and incorporates paragraphs 1 through 27 as set forth above.

29.　The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

30.　Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

31.　As a result of Plaintiff's reproduction, distribution, and public display of the Work, Slice had access to the Work prior to its own reproduction, distribution, and public display of the Work on Zein's website.

32.　Slice reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

33.　By its actions, Slice directly infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes and for the commercial purposes of Zein.

34.　Alternatively, to the extent Slice did not directly infringe Plaintiff's rights in the Work, Slice is liable for contributory infringement.

35.　"Even though the Copyright Act does not specifically provide for secondary liability, vicarious and contributory copyright infringement are well established principles derived from common law." <u>BUC Int'l Corp. v. Int'l Yacht Council Ltd.</u>, 489 F.3d 1129, n. 19

7

(11th Cir. 2007) (citing Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913, 930-31, 125 S. Ct. 2764, 2776, 162 L. Ed. 2d 781 (2005)). "For [a defendant] to be secondarily liable, the [plaintiff] must establish that there has been direct infringement by a third party." Venus Fashions, Inc. v. ContextLogic, Inc., No. 3:16-cv-907-J-39MCR, 2017 U.S. Dist. LEXIS 155748, at * 32 (M.D. Fla. Jan. 17, 2017); Optimum Techs., Inc. v. Henkel Consumer Adhesives, Inc., 496 F.3d 1231, 1245 (11th Cir. 2007) ("contributory infringement claim requires, at a minimum, both an allegation of a direct infringement by a third party, and an allegation of an intentional or knowing contribution to that infringement by the defendant.").

36.    "A claim of contributory copyright infringement arises against one who intentionally induces or encourages the direct infringement of another." Cambridge Univ. Press v. Patton, 769 F.3d 1232, 1242 n.6 (11th Cir. 2014); BUC Int'l Corp., 489 F.3d at 1138 n.19 ("Contributory copyright infringement refers to the intentional inducement, causation or material contribution to another's infringing conduct.").

37.    As Slice guides and implements the marketing plans for its clients, Slice has the ability to influence and control the infringing acts of its clients.

38.    Thus, assuming Slice did not directly infringe, Slice caused or materially contributed to Zein's infringing activity.  Slice encouraged Zein to utilize copyrighted imagery on Zein's website, all while knowing the material was copyright protected.

39.    Slice obtained a direct financial benefit from its own and/or Zein's infringing activities.

40.    Slice's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright. Notably, Slice itself utilizes a copyright disclaimer on its website ("Copyright © 2022 Slice"), indicating that Slice

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

understands the importance of copyright protection and intellectual property rights. Further, as a publisher of digital media content, Slice clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

41.     Plaintiff has been damaged as a direct and proximate result of Slice's infringement.

42.     Plaintiff is entitled to recover its actual damages resulting from Slice's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Slice's profits from infringement of the Work, which amounts shall be proven at trial.

43.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

44.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Slice's conduct.

45.     Slice's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Slice as follows:

a.  A declaration that Slice has infringed Plaintiff's copyrights in the Work;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

e.   Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.   Permanently enjoining Slice, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Slice, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.   For such other relief as the Court deems just and proper.

## COUNT II – COPYRIGHT INFRINGEMENT
### (Zein's)

46.   Plaintiffs re-allege and incorporate paragraphs 1 through 27 as set forth above.

47.   The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

48.   Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

49.   As a result of Plaintiff's reproduction, distribution, and public display of the Work, Zein's had access to the Work prior to its own reproduction, distribution, and public display of the Work on its website and social media.

50.   Zein's reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

51.   By its actions, Zein's infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

52.     Alternatively, to the extent Zein's did not directly infringe Plaintiff's rights in the Work, Zein's is liable for vicarious infringement.

53.     "Even though the Copyright Act does not specifically provide for secondary liability, vicarious and contributory copyright infringement are well established principles derived from common law." BUC Int'l Corp., 489 F.3d at n. 19 (internal citation omitted). "For [a defendant] to be secondarily liable, the [plaintiff] must establish that there has been direct infringement by a third party." Venus Fashions, Inc., No. 3:16-cv-907-J-39MCR, 2017 U.S. Dist. LEXIS 155748, at * 32;

54.     "Vicarious liability occurs when one has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities." Faulkner Press, L.L.C. v. Class Notes, L.L.C., No. 1:08cv49-SPM/AK, 2009 U.S. Dist. LEXIS 61022, at *3 (N.D. Fla. Mar. 31, 2009); Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913, 930-31 (2005) ("Liability for vicarious copyright infringement arises … even if the defendant initially lacks knowledge of the infringement."); Coach Inc. v. Kim's Mgmt., Inc., No. 1:10-CV-02746-JJOF, 2012 U.S. Dist. LEXIS 179557, at *11 (N.D. Ga. Feb. 28, 2012) ("Vicarious copyright infringement liability is an outgrowth of respondeat superior.") ; UMG Recordings, Inc. v. Bright House Networks, LLC, No. 8:19-cv-710-MSS-TGW, 2020 U.S. Dist. LEXIS 122774 (M.D. Fla. July 8, 2020) ("The doctrine subsequently expanded to cover independent-contractor relationships as well.)

55.     As the owner of the website in question and the entity which retained Slice to design/publish content thereon, Zein's has the right and ability to control the infringing acts of Slice yet declined or failed to stop Slice from engaging in its infringing activity.

56.     Zein's infringement was willful as it acted with actual knowledge or reckless

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

disregard for whether its conduct infringed upon Plaintiff's copyright. Zein's clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

57.    Plaintiff has been damaged as a direct and proximate result of Zein's infringement.

58.    Plaintiff is entitled to recover its actual damages resulting from Zein's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Zein's profits from infringement of the Work, which amounts shall be proven at trial.

59.    Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

60.    Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Zeins' conduct.

61.    Zein's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Zein's as follows:

a. A declaration that Zein's has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Zein's, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Zein's, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

**<u>Demand For Jury Trial</u>**

Plaintiff demands a trial by jury on all issued so triable.

Dated: August 22, 2022.


COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Daniel DeSouza_____
        Daniel DeSouza, Esq.
        Florida Bar No.:  19291
        James D'Loughy, Esq.
        Florida Bar No.: 0052700
        Lauren M. Hausman, Esq.
        Florida Bar No.: 1035947

Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-019-412

**Effective Date of Registration:**
September 29, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-092816. |
| **Previous or Alternate Title:** | Group registration of photos published JAN 14, 2001 through DEC 30, 2001; 250 photos total. |
| **Content Title:** | PizzaCheese002,   12-16-2001;<br>PizzaCheese008,   02-23-2001;<br>PizzaPepperoni005, 05-20-2001;<br>PizzaVeggie001,   05-20-2001; |
| | CalzoneSteak001, 09-17-2001;<br>ChickenWingBBQ013, 07-08-2001;<br>ChickenWingBuffalo006, 08-09-2001;<br>ChickenWingBuffalo008, 02-08-2001; |
| | Cauliflower007,       04-13-2001;<br>ProduceVegetableAsst012, 11-28-2001;<br>ChickenWingBuffalo015,   04-21-2001;<br>ChickenWingBuffalo027,   07-21-2001; |
| | ChickenWingBuffalo028, 05-27-2001;<br>ChickenWingBuffalo036, 05-27-2001;<br>ChickenWingHot005, 05-28-2001;<br>ChickenWingHot006, 06-19-2001; |
| | ChickenWingHot007, 03-23-2001;<br>ChickenBreastDinner001, 12-23-2001;<br>ChickenBroccoliDinner002, 04-26-2001;<br>ChickenFriedDinner002, 04-10-2001; |
| | ChickenFriedDinner003, 11-28-2001;<br>ChickenFriedDinner004, 12-22-2001;<br>ChickenBreastBnlsSknls012, 06-26-2001;<br>Stuffing003, 09-15-2001; |
| | TurkeyBurgerGrlMrk001, 06-11-2001;<br>TurkeyBurgerGrlMrk002, 05-09-2001;<br>VegetableKabob001, 04-15-2001;<br>MahiMahi003, 05-28-2001; |
| | TurkeyBurgerGrlMrk003, 09-18-2001;<br>TurkeyWhole021, 12-29-2001;<br>TurkeyWhole024, 10-30-2001; |

Page 1 of 7

TurkeyWhole026, 11-27-2001;

TurkeyDinner001, 12-21-2001;
TurkeyDinner002, 09-15-2001;
TurkeyDinner004, 09-21-2001;
TurkeyDinner011, 12-21-2001;

TurkeyDinner012, 10-15-2001;
TurkeyDinner020, 08-23-2001;
TurkeyDinner028, 08-22-2001;
BurritoGrilledStuffed001, 08-22-2001;

Chestnut004, 12-21-2001;
ProduceFarmStand001, 08-09-2001;
ProduceFarmStand002, 08-22-2001;
ProduceVegetableGrilled002, 08-09-2001;
EasterBasket002, 04-24-2001;
PotatoBaked013, 08-09-2001;
BBQJuly4001, 04-30-2001;
TableJuly4001, 04-29-2001;

RiceBroccoliCheese001, 07-10-2001;
RiceBrownMushroom001, 01-22-2001;
RicePilaf003, 08-14-2001;
FajitaChicken001, 04-10-2001;

FajitaChicken003, 02-15-2001;
Guacamole002, 07-17-2001;
Nacho001, 06-29-2001;
Nacho007, 01-26-2001;

NachoMultiColor001, 08-27-2001;
Quesadilla001, 08-20-2001;
SalsaBlackBean001, 05-22-2001;
SalsaChipFootball001, 01-21-2001;

SalsaCorn001, 07-29-2001;
SevenLayerSalad001, 02-12-2001;
TacoTurkey001, 04-09-2001;
Taquito001, 04-22-2001;

BreadPumpernickel008, 03-10-2001;
BreadPumpernickel009, 12-10-2001;
BreadOil001, 07-21-2001;
BreadOil002, 07-16-2001;

BreadOlive001, 02-27-2001;
BreadOlive002, 09-30-2001;
BreadPane001, 04-08-2001;
BreadPane002, 04-08-2001;

BreadPane003, 12-08-2001;
BreadParisian001, 08-13-2001;
BreadParisian002, 06-28-2001;
BreadParisian003, 02-15-2001;

BreadParisian004, 03-26-2001;
BreadPistachioLoaf001, 01-21-2001;



BreadPita002, 02-27-2001;
BreadPita003, 08-13-2001;


BreadPita005, 04-21-2001;
BreadPita006, 03-14-2001;
BreadPita007, 11-23-2001;
BreadPita008, 12-30-2001;

BreadPortuguese001, 08-18-2001;
BreadPortuguese002, 12-15-2001;
BreadPortuguese003, 07-10-2001;
BreadPumpernickel001, 04-15-2001;
BreadPumpernickel002, 08-13-2001;
BreadPumpernickel003, 12-13-2001;
BreadPumpernickel004, 01-16-2001;
BreadPumpernickel006, 02-18-2001;

BreadPumpernickel007,     04-20-2001;
BreadItalianMountainTop002, 08-13-2001;
BreadItalianMountainTop003, 08-18-2001;
BreadItalianMountainTop004, 09-21-2001;

BreadItalianSemolina001, 08-13-2001;
BreadItalianSesame001,   09-28-2001;
BreadItalianTwisted001,  08-13-2001;
BreadItalianWheat001,    05-12-2001;

BreadItalianWheat002, 08-12-2001;
BreadJalapeno001,      08-13-2001;
BreadLemonLoaf001,    01-21-2001;
BreadLightRye,        03-09-2001;

BreadMarble001,   08-13-2001;
BreadMarbleRye001, 03-26-2001;
BreadMarbleRye002, 08-13-2001;
BreadMarbleRye003, 08-13-2001;

BreadMarbleRye004,  09-29-2001;
BreadMarbleRye005,  03-08-2001;
BreadMonkey002,     02-12-2001;
BreadMultigrain001, 06-29-2001;

BreadMultigrain002, 08-09-2001;
BreadMultigrain003, 02-23-2001;
BreadNaan001,       06-17-2001;
BreadNut001,        08-13-2001;

BreadNutAsst001, 10-08-2001;
BreadNutAsst002, 08-12-2001;
BreadOatmeal001, 03-10-2001;
BreadOatmeal002, 08-13-2001;

BreadOatmeal003, 04-10-2001;
BreadFrenchBaguette003, 06-29-2001;
BreadFrenchParisian002, 08-13-2001;
BreadFrenchWheat001, 08-12-2001;

BreadFrenchWheat002, 08-12-2001;
BreadGarlic001,      09-21-2001;
BreadGarlic002,      08-13-2001;
BreadGarlic003,      08-13-2001;

BreadGarlic004,      08-13-2001;
BreadGarlic005,      08-13-2001;
BreadGarlic007,      08-27-2001;
BreadGarlic008,      07-14-2001;

BreadGarlic010,      04-16-2001;
BreadGarlic011,      04-16-2001;
BreadGarlic012,      03-19-2001;
BreadGarlic013,      03-14-2001;

BreadGarlicBasket001, 11-13-2001;
BreadHoneyWheat001,  06-29-2001;
BreadHoneyWheatBaguette001, 07-11-2001;
BreadIrishSoda001,      07-17-2001;

BreadIrishSoda003,      08-13-2001;
BreadIrishSoda004,      02-27-2001;
BreadIrishSoda005,      03-09-2001;
BreadIrishSoda007,      12-20-2001;

BreadIrishSoda008,      12-20-2001;
BreadIrishSodaBasket001, 03-09-2001;
BreadIrishSodaBasket002, 08-13-2001;
BreadItalian001,      02-12-2001;

BreadItalian002,  08-13-2001;
BreadItalian003,  04-16-2001;
BreadItalian004,  08-13-2001;
BreadItalianMountainTop001, 08-13-2001;

BreadItalian005,  03-12-2001;
BreadItalian006,  04-08-2001;
BreadItalian007,  08-13-2001;
BreadItalian008,  08-13-2001;

BreadItalian009,  05-12-2001;
BreadItalian010,  08-13-2001;
BreadItalian011,  04-13-2001;
BreadItalian012,  11-08-2001;

BreadItalian013,  11-08-2001;
BreadItalian014,  08-23-2001;
BreadItalian015,  08-23-2001;
BreadItalian016,  04-13-2001;

BreadItalian017,  04-13-2001;
BreadItalian018,  04-10-2001;
BreadItalian019,  04-13-2001;
BreadItalian020,  01-14-2001;

BreadItalian021,      08-27-2001;
Vegetables,          11-11-2001;
BreadCornLoavesMini001, 11-11-2001;



BreadCornLoavesMini002, 11-11-2001;

BreadCornLoavesMini003, 11-11-2001;
BreadCornLoavesMini004, 11-11-2001;
BreadCornLoavesMini005, 11-11-2001;
BreadCornucopia001, 08-13-2001;

BreadCornucopia02, 08-13-2001;
BreadCranberry001, 08-13-2001;
BreadCranberryOrange001, 08-13-2001;
BreadCranberryOrange002, 11-26-2001;

BreadCranberry003, 11-13-2001;
BreadCranberryOrangeStreuselTopping001, 10-08-2001;
BreadCranberryOrangeStreuselTopping002, 10-08-2001;
BreadEnglishMuffin001, 03-19-2001;

BreadEnglishToasting001, 08-13-2001;
BreadEnglishToasting002, 06-18-2001;
BreadFocaccia001,      02-13-2001;
BreadFocaccia002,      02-13-2001;

BreadFocaccia003, 08-13-2001;
BreadFocaccia004, 02-13-2001;
BreadFocaccia005, 02-14-2001;
BreadFocaccia006, 02-13-2001;

BreadFocaccia007, 10-09-2001;
BreadFocaccia008, 10-09-2001;
BreadFocaccia009, 07-09-2001;
BreadFocaccia010, 06-13-2001;

BreadFrench001,   12-13-2001;
BreadFrench002,   04-25-2001;
BreadFrench003,   08-13-2001;
BreadFrench004,   01-30-2001;

BreadFrench005,   08-13-2001;
BreadFrench006,   08-13-2001;
BreadFrench007,   08-13-2001;
BreadFrench009,   08-13-2001;

BreadFrench010,   04-27-2001;
BreadFrench011,   12-15-2001;
BreadFrench012,   08-10-2001;
BreadFrench013,   05-17-2001;

BreadFrenchBaguette001, 08-17-2001;
BreadFrenchBaguette002, 04-08-2001;
BreadBaguette004,      08-26-2001;
BreadBaguette006,      10-13-2001;

BreadBaguette007, 09-18-2001;
BreadBaguette008, 02-12-2001;
BreadBaguette009, 12-10-2001;
BreadBanana001,   07-20-2001;

BreadBanana003,   08-09-2001;

BreadBananaNut001, 05-20-2001;
BreadBananaNut002, 08-13-2001;
BreadBananaNut003, 04-11-2001;

BreadBananaNut004, 10-09-2001;
BreadBasket001,   10-09-2001;
BreadBasket002,   07-17-2001;
BreadBasket003,   08-26-2001;

BreadBasket004,   12-12-2001;
BreadBasket005,   08-13-2001;
BreadBasket007,   08-13-2001;
BreadBasket008,   05-13-2001;

BreadBavarian001,   08-13-2001;
BreadBlueberry001,   08-13-2001;
BreadBlueberry002,   02-27-2001;
BreadBlueberryNut001, 08-13-2001;

BreadBlueberryNut002, 02-27-2001;
BreadBraided001,   12-14-2001;
BreadBraided002,   02-13-2001;
BreadCappuchino001,  08-13-2001;

BreadChabaso001,   08-13-2001;
BreadChallah001,   08-13-2001;
BreadChallah002,   08-13-2001;
BreadCiabatta002,   07-17-2001;

BreadCiabattaSpread001, 05-28-2001;
BreadCiabattaSpread002, 05-28-2001;
BreadCinnamon001,   07-21-2001;
BreadCinnamon003,   08-13-2001;

BreadCinnamon004,   07-22-2001;
BreadCinnamon005,   04-14-2001;
BreadCoffee001,   08-14-2001;
BreadCorn001,   06-12-2001;

BreadCorn002,   08-13-2001;
BreadCorn004,   04-15-2001.



## Completion/Publication

Year of Completion: 2001
Date of 1st Publication: January 14, 2001
Nation of 1st Publication: United States

## Author

- Author: Adlife Marketing & Communications Co., Inc.. Employer-for-Hire of Joel
  Albrizio
  Author Created: photograph
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

     **Copyright Claimant:**  Adlife Marketing & Communications Co., Inc.
                                          38 Church Street, PAWTUCKET, RI, 02860-3906

## Rights and Permissions

     **Organization Name:**  SHORES & OLIVER PC
               **Name:**  Milton M. Oliver, Esq.
               **Email:**  milton.oliver@shoresoliver.com
         **Telephone:**  (774)521-3058
     **Alt. Telephone:**  (781)910-9664
           **Address:**  PO BOX 790
                                          COTUIT, MA 02635-0790 United States

## Certification

               **Name:**  Miilton M. Oliver, Esq.
               **Date:**  October 07, 2016
  **Applicant's Tracking Number:**  873-057-311

      **Correspondence:**  Yes

Exhibit "B"



Served with 4 oz. Marinara sauce.

$7.99

### Cannoli

$3.99



### Jalapeno Poppers

### Jalapeno Poppers

$7.99

Your car
m

wn sauce & pizza dough daily!

rella cheese. Classic cheese or

### BBQ Buffalo Chicken Pizza

BBQ chicken, Buffalo sauce, red onions and mozzarella cheese.

$21.99



parmesan, and cheddar cheese.

### Zein's Supreme Pizza

Pepperoni, sausage, mushrooms, pizza sauce, onions, green peppers and extra cheese.

$21.99

eese and



### Veggie Lovers Pizza

Mushrooms, green peppers, onions, black olives, fresh tomatoes, and garlic.

$21.99

resh tomatoes and garlic.

### Chicken Parmigiana Pizza

Mozzarella Cheese Fries

$9.99

Jalapeno Poppers

$7.99

Sticks
ara sauce.

Buffalo Shrimp

$11.99

Calamari

$12.99

Chicken Caesar Salad

With Caesar dressing.

$13.99

Chef Salad

$13.99

## TROMBOLIS

arinara sauce.

Stromboli



tomato, onion, mayo, mustard

### Bacon Cheeseburger

Delicious cheeseburger topped with fresh crispy bacon.

$9.99

topped with lettuce, tomato,
nd ketchup.

### Spaghetti & Meat Sauce

$14.99

lls

### Spaghetti Chicken Parmesan

$14.99

ade in-house from scratch. Your choice of mild, medium, hot & BBQ. Your choice of bleu
elery.

**AN**

$9.99

### Wrap

hicken toasted in pita bread with
sauce.

nes come with fries & a can of soda.

### dwich Platter

ce, tomato, and onion.

### Chicken Gyro Platter

Served with tomato, onion, and cream sauce.

$14.99

o slices, tomato, onion, and

### Zein's Burger Deluxe Platter

$16.99



### Chocolate Cake

$3.99

### Cannoli

$3.99



### Baklava

$3.99

existing answers. <u>Learn more</u>

### Does Zeins Pizza Wings & Subs have online ordering?

Yes, Zeins Pizza Wings & Subs has online ordering through Slice, the largest pizza brand in the US.

### Does Zeins Pizza Wings & Subs offer delivery?

Zeins Pizza Wings & Subs does offer delivery. Delivery is $3.90.

### Does Zeins Pizza Wings & Subs offer curbside pickup?

Yes, Zeins Pizza Wings & Subs has curbside pickup service available.

### Where is Zeins Pizza Wings & Subs located?

Zeins Pizza Wings & Subs is located at 2091 N Highland Ave, Clearwater, FL 33755.

### What are the hours for Zeins Pizza Wings & Subs?

Zeins Pizza Wings & Subs is closed Sunday. Here are their full Delivery hours. Please remember that these times can change.

Monday: 6:00 pm - 1:30 am

Tuesday: 6:00 pm - 1:30 am

Wednesday: 6:00 pm - 1:30 am

Thursday: 6:00 pm - 1:30 am

Friday: 6:00 pm - 4:30 am

Saturday: 6:00 pm - 4:30 am

### What time does Zeins Pizza Wings & Subs close?

Zeins Pizza Wings & Subs closes at 1:30 am every day except Friday, Saturday when they close at 4:30 am.

### What time does Zeins Pizza Wings & Subs open?

Zeins Pizza Wings & Subs opens at 6:00 pm every day of the week. Opening hours can change, however, so please check back from time to time.

### Is Zeins Pizza Wings & Subs open on Sunday?

Zeins Pizza Wings & Subs is usually closed on Sundays.

### Does Zeins Pizza Wings & Subs have any deals?

Zeins Pizza Wings & Subs is not currently offering deals.

### What food is served at Zeins Pizza Wings & Subs?

Zeins Pizza Wings & Subs makes healthy pizza, veggie pizza and more!

### Does Zeins Pizza Wings & Subs have wings?

Yes, Zeins Pizza Wings & Subs has wings.

Philadelphia
Baltimore
Chicago
Las Vegas

Nashville
Seattle
San Francisco
Boston

pes

By the Slice
Gluten Free Pizza
Neapolitan Pizza
Tomato Pie

Grandma Pizza
Thin Crust Pizza
Stuffed Pizza
Thick Crust Pizza

ypes

Cookies
French onion soup
Fried Chicken
Pasta

Pierogies
Shrimp
Stromboli
Wings

ub

ts

g Island
v York Pizza
Ristorante
Restaurant

Julian's Little Italy
Jet's Pizza
Queen's Pizza & Restaurant
Amore Pizzeria

Granadino's Italian Restaurant
L'oven Pizza
Westshore Pizza
Vittoria's Pizza 24/7 & Catering

Do Not Sell My Data   Terms of Service   Privacy   © Copyright 2022 Slice

JS 44 (Rev. 04/21)                                  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
COPYCAT LEGAL PLLC, 3111 N. University Drive, Suite 301, Coral Springs, FL 33065 | (877) 437-6228

### DEFENDANTS

ZEIN LLC d/b/a ZEIN'S PIZZA WINGS & SUBS, and MYPIZZA TECHNOLOGIES, INC. d/b/a SLICE

County of Residence of First Listed Defendant   Pinellas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander — ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability — ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury — ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice — ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations — ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File | |

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. 501

Brief description of cause:
Copyright Infringement

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
August 22, 2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ Daniel DeSouza

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____   Ex. A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> ZEIN LLC d/b/a ZEIN'S PIZZA WINGS & SUBS, and MYPIZZA TECHNOLOGIES, INC. d/b/a SLICE <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  8:22-cv-1924

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZEIN LLC d/b/a ZEIN'S PIZZA WINGS & SUBS
c/o Samir Zeineding (Registered Agent)
2509 Blakeford Way
Lutz, FL 33559

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:22-cv-1924

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> ZEIN LLC d/b/a ZEIN'S PIZZA WINGS & SUBS, and MYPIZZA TECHNOLOGIES, INC. d/b/a SLICE <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  8:22-cv-1924 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MYPIZZA TECHNOLOGIES, INC. d/b/a SLICE
c/o Ilir Sela,(Registered Agent)
902 Broadway
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:22-cv-1924

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                           *Server's signature*

                                  _____
                                           *Printed name and title*


                                  _____
                                           *Server's address*

Additional information regarding attempted service, etc: