IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA

MDL No. 3075 - **IN RE: PREPARED FOOD PHOTOS., INC., COPYRIGHT LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the Middle District of Florida hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Mary S. Scriven for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).

_____
Chief Judge

Date: 6/2/23

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Ms. Tiffaney Pete, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ **fax number 202-502-2888 or email address MDLPanelOrders@JPML.USCOURTS.GOV**.

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL.**

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Thomasenia P. Duncan, at 202-502-2800.**