**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: ArielGuzman

# U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 10/12/2023 at 1:10 PM EDT and filed on 10/12/2023

| | |
|---|---|
| **Case Name:** | In Re: Prepared Food Photos, Inc. Copyright Litigation |
| **Case Number:** | 8:23-md-03075-MSS-TGW |
| **Filer:** | |
| **Document Number:** | 22(No document attached) |

**Docket Text:**
**ORDERED that pursuant to Fed. R. Civ. P. 41 and upon consideration of the Stipulation of Dismissal with Prejudice filed by Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and Defendants MyPizza Technologies, Inc. d/b/a Slice, Three Brothers of Hyattsville, LLC d/b/a Three Brothers Italian Restaurant, Mola Pizza, Inc., Original Big Tomato, LLC, Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza, (Dkt. 21), this case is DISMISSED WITH PREJUDICE. Although Defendant Bravo West Pizza, LLC, Case No. 8:23-cv-01296-MSS-TGW, is not named in the Stipulation and has not appeared through counsel in the case, because the Stipulation is for Dismissal of the case, the Dismissal applies to that Defendant as well. Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to CLOSE this case. Signed by Judge Mary S. Scriven on 10/12/2023. Associated Cases: 8:23-md-03075-MSS-TGW et al. (KDS)**

| | |
|---|---|
| **Case Name:** | Prepared Food Photos, Inc. v. Original Big Tomato, LLC et al |
| **Case Number:** | 8:23-cv-01270-MSS-TGW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/15/2023**

**Document Number:** 30(No document attached)

**Docket Text:**
**ORDERED that pursuant to Fed. R. Civ. P. 41 and upon consideration of the Stipulation of Dismissal with Prejudice filed by Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and Defendants MyPizza Technologies, Inc. d/b/a Slice, Three Brothers of Hyattsville, LLC d/b/a Three Brothers Italian Restaurant, Mola Pizza, Inc., Original Big Tomato, LLC, Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza, (Dkt. 21), this case is DISMISSED WITH PREJUDICE. Although Defendant Bravo West Pizza, LLC, Case No. 8:23-cv-01296-MSS-TGW, is not named in the Stipulation and has not appeared through counsel in the case, because the Stipulation is for Dismissal of the case, the Dismissal applies to that Defendant as well. Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to CLOSE this case. Signed by Judge Mary S. Scriven on 10/12/2023. Associated Cases: 8:23-md-03075-MSS-TGW et al. (KDS)**

| | |
|---|---|
| **Case Name:** | Prepared Food Photos, Inc. v. Mola Pizza, Inc. et al |
| **Case Number:** | 8:23-cv-01278-MSS-TGW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/15/2023**

**Document Number:** 29(No document attached)

**Docket Text:**
**ORDERED that pursuant to Fed. R. Civ. P. 41 and upon consideration of the Stipulation of Dismissal with Prejudice filed by Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and Defendants MyPizza Technologies, Inc. d/b/a Slice, Three Brothers of Hyattsville, LLC d/b/a Three Brothers Italian Restaurant, Mola Pizza, Inc., Original Big Tomato, LLC, Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza, (Dkt. 21), this case is DISMISSED WITH PREJUDICE. Although Defendant Bravo West Pizza, LLC, Case No. 8:23-cv-01296-MSS-TGW, is not named in the Stipulation and has not appeared through counsel in the case, because the Stipulation is for Dismissal of the case, the Dismissal applies to that Defendant as well. Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to CLOSE this case. Signed by Judge Mary S. Scriven on 10/12/2023. Associated Cases: 8:23-md-03075-MSS-TGW et al. (KDS)**

| | |
|---|---|
| **Case Name:** | Prepared Food Photos, Inc. v. Bravo West Pizza, LLC et al |
| **Case Number:** | 8:23-cv-01296-MSS-TGW |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/15/2023**

**Document Number:** 33(No document attached)

**Docket Text:**
**ORDERED that pursuant to Fed. R. Civ. P. 41 and upon consideration of the Stipulation of Dismissal with Prejudice filed by Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and Defendants MyPizza Technologies, Inc. d/b/a Slice, Three Brothers of Hyattsville, LLC d/b/a Three Brothers Italian Restaurant, Mola Pizza, Inc., Original Big Tomato, LLC, Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza, (Dkt. 21), this case is DISMISSED WITH PREJUDICE. Although Defendant Bravo West Pizza, LLC, Case No. 8:23-cv-01296-MSS-TGW, is not named in the Stipulation and has not appeared through counsel in the case, because the Stipulation is for Dismissal of the case, the Dismissal applies to that Defendant as well. Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to CLOSE this case. Signed by Judge Mary S. Scriven on 10/12/2023. Associated Cases: 8:23-md-03075-MSS-TGW et al. (KDS)**

| | |
|---|---|
| **Case Name:** | Prepared Food Photos, Inc. v. N & K Foods, Inc. et al |
| **Case Number:** | 8:23-cv-01306-MSS-TGW |
| **Filer:** | |
| **WARNING: CASE CLOSED on 06/15/2023** | |
| **Document Number:** | 34(No document attached) |

**Docket Text:**
**ORDERED that pursuant to Fed. R. Civ. P. 41 and upon consideration of the Stipulation of Dismissal with Prejudice filed by Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and Defendants MyPizza Technologies, Inc. d/b/a Slice, Three Brothers of Hyattsville, LLC d/b/a Three Brothers Italian Restaurant, Mola Pizza, Inc., Original Big Tomato, LLC, Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza, (Dkt. 21), this case is DISMISSED WITH PREJUDICE. Although Defendant Bravo West Pizza, LLC, Case No. 8:23-cv-01296-MSS-TGW, is not named in the Stipulation and has not appeared through counsel in the case, because the Stipulation is for Dismissal of the case, the Dismissal applies to that Defendant as well. Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to CLOSE this case. Signed by Judge Mary S. Scriven on 10/12/2023. Associated Cases: 8:23-md-03075-MSS-TGW et al. (KDS)**

| | |
|---|---|
| **Case Name:** | Prepared Food Photos, Inc. v. Zein LLC et al |
| **Case Number:** | 8:22-cv-01924-MSS-TGW |
| **Filer:** | |
| **WARNING: CASE CLOSED on 03/30/2023** | |
| **Document Number:** | 39(No document attached) |

**Docket Text:**
**ORDERED that pursuant to Fed. R. Civ. P. 41 and upon consideration of the Stipulation of Dismissal with Prejudice filed by Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and Defendants MyPizza Technologies, Inc. d/b/a Slice, Three Brothers of Hyattsville, LLC d/b/a Three Brothers Italian Restaurant, Mola Pizza, Inc., Original Big Tomato, LLC, Angelo's Pizza of Poughkeepsie, Inc. d/b/a Tony's Pizza Pit, and N&K Foods, Inc. d/b/a Wings, Things & Pizza, (Dkt. 21), this case is DISMISSED WITH PREJUDICE. Although Defendant Bravo West Pizza, LLC, Case No. 8:23-cv-01296-MSS-TGW, is not named in the Stipulation and has not appeared through counsel in the case, because the Stipulation is for Dismissal of the case, the Dismissal applies to that Defendant as well. Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to CLOSE this case. Signed by Judge Mary S. Scriven on 10/12/2023. Associated Cases: 8:23-md-03075-MSS-TGW et al. (KDS)**


**8:23-md-03075-MSS-TGW Notice has been electronically mailed to:**

Daniel DeSouza     ddesouza@desouzalaw.com, hthomas@desouzalaw.com, pleadings@copycatlegal.com

John E. McCann, Jr     jmccann@milesstockbridge.com, ashotwell@milesstockbridge.com

Matthew John Langley (Terminated)     matt@almeidalawgroup.com, docket2@beneschlaw.com, jmaldonado@beneschlaw.com

James D'Loughy     james@copycatlegal.com, denise@copycatlegal.com, pleadings@copycatlegal.com

Lauren M Hausman     lauren@copycatlegal.com

Mark E. Avsec     mavsec@beneschlaw.com, docket2@beneschlaw.com

Lidia C. Mowad     lmowad@beneschlaw.com, docket2@beneschlaw.com

Andrew G. Fiorella     afiorella@beneschlaw.com, docket2@beneschlaw.com

Michelle Karinne Suarez (Terminated)     MSuarez@FloridaEntrepreneurLaw.com

Edward C. Wipper     EWipper@beneschlaw.com

Madeline Grace Goertel Ziegler     mziegler@milesstockbridge.com

Brent M. Ahalt     bahalt@mhlawyers.com

Danielle Dudai     ddudai@hallboothsmith.com

Alan Rothenbuecher     arothenbuecher@beneschlaw.com, docket2@beneschlaw.com

**8:23-md-03075-MSS-TGW Notice has been delivered by other means to:**

**8:23-cv-01270-MSS-TGW Notice has been electronically mailed to:**

Daniel DeSouza     ddesouza@desouzalaw.com, hthomas@desouzalaw.com, pleadings@copycatlegal.com

Matthew John Langley     matt@almeidalawgroup.com, docket2@beneschlaw.com, jmaldonado@beneschlaw.com

James D'Loughy     james@copycatlegal.com, denise@copycatlegal.com, pleadings@copycatlegal.com

Lauren M Hausman     lauren@copycatlegal.com

Mark E. Avsec     mavsec@beneschlaw.com, docket2@beneschlaw.com

Lidia C. Mowad     lmowad@beneschlaw.com, docket2@beneschlaw.com

Andrew G. Fiorella     afiorella@beneschlaw.com, docket2@beneschlaw.com

Michelle Karinne Suarez     MSuarez@FloridaEntrepreneurLaw.com

**8:23-cv-01270-MSS-TGW Notice has been delivered by other means to:**

**8:23-cv-01278-MSS-TGW Notice has been electronically mailed to:**

Daniel DeSouza     ddesouza@desouzalaw.com, hthomas@desouzalaw.com, pleadings@copycatlegal.com

Matthew John Langley     matt@almeidalawgroup.com, docket2@beneschlaw.com, jmaldonado@beneschlaw.com

James D'Loughy     james@copycatlegal.com, denise@copycatlegal.com, pleadings@copycatlegal.com

Lauren M Hausman     lauren@copycatlegal.com

Mark E. Avsec     mavsec@beneschlaw.com, docket2@beneschlaw.com

Lidia C. Mowad     lmowad@beneschlaw.com, docket2@beneschlaw.com

Andrew G. Fiorella     afiorella@beneschlaw.com, docket2@beneschlaw.com

**8:23-cv-01278-MSS-TGW Notice has been delivered by other means to:**

**8:23-cv-01296-MSS-TGW Notice has been electronically mailed to:**

Daniel DeSouza     ddesouza@desouzalaw.com, hthomas@desouzalaw.com, pleadings@copycatlegal.com

Lidia C. Mowad     lmowad@beneschlaw.com, docket2@beneschlaw.com

Edward C. Wipper     EWipper@beneschlaw.com

**8:23-cv-01296-MSS-TGW Notice has been delivered by other means to:**

**8:23-cv-01306-MSS-TGW Notice has been electronically mailed to:**

Daniel DeSouza     ddesouza@desouzalaw.com, hthomas@desouzalaw.com, pleadings@copycatlegal.com

John E. McCann, Jr     jmccann@milesstockbridge.com, ashotwell@milesstockbridge.com

Mark E. Avsec     mavsec@beneschlaw.com, docket2@beneschlaw.com

Lidia C. Mowad     lmowad@beneschlaw.com, docket2@beneschlaw.com

Andrew G. Fiorella     afiorella@beneschlaw.com, docket2@beneschlaw.com

Madeline Grace Goertel Ziegler     mziegler@milesstockbridge.com

**8:23-cv-01306-MSS-TGW Notice has been delivered by other means to:**

**8:22-cv-01924-MSS-TGW Notice has been electronically mailed to:**

Daniel DeSouza    ddesouza@desouzalaw.com, hthomas@desouzalaw.com, pleadings@copycatlegal.com

Matthew John Langley    matt@almeidalawgroup.com, docket2@beneschlaw.com, jmaldonado@beneschlaw.com

James D'Loughy    james@copycatlegal.com, denise@copycatlegal.com, pleadings@copycatlegal.com

Lauren M Hausman    lauren@copycatlegal.com

Mark E. Avsec    mavsec@beneschlaw.com, docket2@beneschlaw.com

Lidia C. Mowad    lmowad@beneschlaw.com, docket2@beneschlaw.com

Andrew G. Fiorella    afiorella@beneschlaw.com, docket2@beneschlaw.com

**8:22-cv-01924-MSS-TGW Notice has been delivered by other means to:**